No. 457. DUQUESNE STEEL FOUNDRY CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. Argued April 23, 1931. Decided April 27, 1931. *Per Curiam:* Judgment affirmed. *Williamsport Wire Rope Co.* v. *United States*, 277 U. S. 551. *Mr. William S. Moorhead*, with whom *Mr. William F. Knox* was on the brief, for petitioner. *Assistant Attorney General Rugg* argued the cause, and *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Sewall Key* and *Andrew D. Sharpe*, Special Assistants to the Attorney General, *Paul D. Miller, Clarence M. Charest*, General Counsel, Bureau of Internal Revenue, and *Stanley Suydam*, Special Attorney, filed a brief for respondent. *Messrs William Cogger* and *John E. Hughes*, by special leave of Court, filed a brief on behalf of Moody & Waters Co., as *amicus curiae.* 

